IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION


Danyanita Walker,                    *

      Plaintiff,                    *

v.                                   *
                                   Case No. 3:04-CV-91 (CDL)
Golden Pantry Food Stores, Inc.,*

      Defendant.                    *


ORDER OF PARTIAL DISMISSAL


    Pursuant to F.R.C.P. 41 and other applicable law, the Court grants Plaintiff's motion for partial dismissal as follows:

    The following individual counts of the Complaint in the above styled case are dismissed with prejudice:

    I.    Gender Discrimination (but NOT Pregnancy Discrimination)

    II.  Breach of Contract

    III. Breach of Implied Contract

    IV.  Negligent Hiring and Retention

    V.    Defamation

    VI.  Fraud/deceit/misrepresentation


    The following counts are not dismissed and shall remain pending:

    I.    Pregnancy Discrimination

    VII. Intentional Infliction of Emotional Distress


    The parties shall bear their own costs associated with the dismissed claims.

IT IS SO ORDERED, this 27th day of July, 2005.


                                    S/Clay D. Land
                                        CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE